UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Santorino Poblano,

                    Plaintiff,

          v.

Loho Gourmet Deli LLC et al,

                    Defendants.

25-CV-7379 (DEH)

ORDER

DALE E. HO, United States District Judge:

On **December 17, 2025**, Plaintiffs filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 20.

It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **January 16, 2026**.  Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendants appear and show cause before this Court on **January 22, 2026, at 4:00 p.m.**, why an order should not be issued granting a default judgment against Defendants.  Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases.  The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code [546 653 237], followed by the pound (#) key.

It is further ORDERED that Plaintiffs serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **within one business day of the filing of each document**.  In each case, within **two business days of service,** Plaintiffs must file proof of such service on the docket.

SO ORDERED.

Dated: December 18, 2025
          New York, New York

_____
          DALE E. HO
          United States District Judge