**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Santorino Poblano,

                            *Plaintiff,*

              - vs. –

LOHO GOURMET DELI LLC d/b/a
LOHO GOURMET DELI,
LOHO DELI CORP. d/b/a
LOHO GOURMET DELI,
NEW LOHO GOURMET DELI CORP. d/b/a
LOHO GOURMET DELI,
Sam Aldahbali, and Gamal Mohammed,

                            *Defendants.*

**DOCKET NO. 1:25-cv-07379-DEH-GS**

**Order**

This action having been commenced on September 5, 2025, by filing of the Summons and Complaint; and a copy of the Summons and Complaint having been served on defendants Sam Aldahbali, and Gamal Mohammed on September 10, 2025, and on defendants Loho Gourmet Deli LLC d/b/a Loho Gourmet Deli, Loho Deli Corp. d/b/a Loho Gourmet Deli, New Loho Gourmet Deli Corp. d/b/a Loho Gourmet Deli on September 18, 2025, as per Affidavits of Service which were filed with the District Court; and defendants having failed to answer or otherwise move with respect to the Complaint, and the time for answering the Complaint has expired, and the Clerk's Certificate of Default having been issued on October 17, 2025; it is:

ORDERED that Plaintiff's Motion for Default is GRANTED. The case will be referred to the assigned Magistrate Judge for a damages calculation. The Clerk of Court is respectfully directed to terminate ECF No. 20.

Dated:  New York, NY
          January 22, 2026

SO ORDERED:

_____
Dale E. Ho
United States District Judge