**MEMO ENDORSED**

# THE SAMUEL LAW FIRM

### ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884  FAX: (212) 563-9870  WEBSITE: www.thesamuellawfirm.com

**ANDREW D. BERESIN**
E-Mail: andrew@thesamuellawfirm.com

April 14, 2026

**VIA ECF**

The Hon. Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Poblano v. Loho Gourmet Deli LLC et al.*
*Case No. 1:25-cv-07379-DEH-GS*

Dear Judge Stein:

We represent the plaintiff, Santorino Poblano, in the above-referenced wage-and-hour matter and write to respectfully request that the Court cancel the damages inquest hearing currently scheduled for April 24, 2026, as the plaintiff intends to rely on his motion for default judgment and supporting documents (ECF 20, 21, 22) for purposes of determining Mr. Poblano's damages.

We thank the Court for its attention to this matter and are available at the Court's convenience should the Court have any questions or if we can be of further assistance at this time.

Respectfully submitted,

/s/ *Andrew D. Beresin*
Andrew D. Beresin, Esq.

THE SAMUEL LAW FIRM
*Attorneys for Plaintiff*

Application granted.  Pursuant to the Court's February 27, 2026 Order (Dkt. No. 30) inquest hearing scheduled for April 24, 2026 is hereby canceled. Pursuant to this same Order, the Court will issue a report and recommendation based solely upon the written submissions of the parties.  SO ORDERED.

Dated: April 16, 2026
    New York, New York

**SO ORDERED:**

*[signature]*

**HON. GARY STEIN**
**UNITED STATES MAGISTRATE JUDGE**